United States District Court
Southern District of Texas
**ENTERED**
August 09, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HOUSTON HOME DIALYSIS, LP., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-17-2095 |
| § | |
| BLUE CROSS AND BLUE SHIELD OF § | |
| TEXAS, A Division of HEALTH CARE § | |
| SERVICE CORPORATION, A MUTUAL § | |
| RESERVE COMPANY, § | |
| § | |
| Defendant. § | |

**ORDER**

The plaintiff, Houston Home Dialysis, LP., and the defendant, Blue Cross and Blue Shield of Texas ("BCBSTX"), moved to cancel the Rule 16 Initial Pretrial Conference set for September 29, 2017 and stay proceedings to allow the parties to pursue settlement. (Docket Entry No. 4). The motion is granted. The September 29, 2017 initial pretrial conference is reset to **November 20, 2017, at 8:30 a.m.**, in Courtroom 11-B. If the case has not settled, the parties must file a joint case management/discovery plan reflecting the Rule 26(f) meet and confer by November 13, 2017.

SIGNED on August 9, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge