United States District Court
Southern District of Texas
**ENTERED**
November 02, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HOUSTON HOME DIALYSIS, LP, § § § Plaintiff, § § v. § § BLUE CROSS and BLUE SHIELD OF § TEXAS, A DIVISION of HEALTH § CARE SERVICE CORPORATION, A § MUTUAL RESERVE COMPANY, § § Defendant. § § | CIVIL ACTION NO. 4:17-cv-02095 |

### ORDER GRANTING HOUSTON HOME DIALYSIS, LP's
### UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

On this day came on for consideration the Unopposed Motion for Substitution of Counsel of Plaintiff Houston Home Dialysis, LP. The Court, having reviewed the matter, is of the opinion that the Motion should be granted. It is therefore

ORDERED that Earnest W. Wotring, David George, and Karen Dow of Baker • Wotring LLP are substituted as attorneys of record for Plaintiff Houston Home Dialysis, LP, in the place and stead of Paul V. Anderson of Anderson PLLC.

Signed this the  2d  day of  November , 2017.

_____
Judge Presiding