## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **HOUSTON HOME DIALYSIS, LP,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 4:17-cv-02095** |
| **BLUE CROSS and BLUE SHIELD OF** | § | |
| **TEXAS, A DIVISION of HEALTH** | § | |
| **CARE SERVICE CORPORATION, A** | § | |
| **MUTUAL RESERVE COMPANY,** | § | |
| **and HORIZON BLUE CROSS BLUE** | § | |
| **SHIELD OF NEW JERSEY** | § | |
| | § | |
| **Defendants.** | § | |

## PLAINTIFF'S JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff Houston Home Dialysis, LP demands a jury on all issues so triable.

Respectfully submitted,

**BAKER • WOTRING LLP**

_/s/ Earnest W. Wotring_
Earnest W. Wotring
Attorney-in-Charge
Texas Bar No. 22012400
Southern District No. 15284
David George
Texas Bar No. 00793212
Southern District No. 19330
Karen Dow
Texas Bar No. 06066800
Southern District No. 18776
700 JPMorgan Chase Tower
600 Travis
Houston, Texas 77002
Tel.    (713) 980-1700
Fax     (713) 980-1701
ewotring@bakerwotring.com
dgeorge@bakerwotring.com
kdow@bakerwotring.com

**ATTORNEYS FOR PLAINTIFF
HOUSTON HOME DIALYSIS, LP**

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 2, 2018, a copy of the above was served on all counsel of record via the Court's electronic filing system.

Martin J. Bishop
Thomas Hardy
Reed Smith LLP
10 S. Wacker Drive
40th Floor
Chicago, IL 60606
mbishop@reedsmith.com
thardy@reedsmith.com

*Attorneys for Texas Blue Cross*

*/s/ Earnest W. Wotring*
Earnest W. Wotring