United States District Court
Southern District of Texas

**ENTERED**
January 04, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HOUSTON HOME DIALYSIS, LP, § § Plaintiff, § § v. § § BLUE CROSS and BLUE SHIELD OF § TEXAS, A DIVISION of HEALTH § CARE SERVICE CORPORATION, A § MUTUAL RESERVE COMPANY and § HORIZONE BLUE CROSS BLUE § SHIELD OF NEW JERSEY, § § Defendants. § | CIVIL ACTION NO. 4:17-cv-02095 |

### ORDER GRANTING HOUSTON HOME DIALYSIS, LP'S UNOPPOSED MOTION TO SEAL PLAINTIFF'S FIRST ORIGINAL COMPLAINT AND THE EXHIBITS ATTACHED THERETO

On this day came on to be considered Plaintiff Houston Home Dialysis, LP's ("Houston Home Dialysis") Unopposed Motion to Seal Plaintiff's First Original Complaint and the Exhibits Attached Thereto. The Court, having considered the motion, is of the opinion that the motion is meritorious and should be granted. It is, therefore:

ORDERED that Houston Home Dialysis' Unopposed Motion to Seal Plaintiff's First Original Complaint and the Exhibits Attached Thereto is GRANTED. It is further

ORDERED that Houston Home Dialysis' First Original Complaint and the exhibits attached thereto [Dkt. No. 1] are permanently sealed from the Court's records.

Signed this the ____ day of _____, 2018.

_____
Judge Presiding