United States District Court
Southern District of Texas
**ENTERED**
April 17, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HOUSTON HOME DIALYSIS, LP § § | |
| VS. § § | CIVIL ACTION NO. 4:17-cv-2095 |
| BLUE CROSS AND BLUE SHIELD § OF TEXAS, A DIVISION OF § HEALTH CARE SERVICE § CORPORATION, A MUTUAL § RESERVE COMPANY, and § HORIZON BLUE CROSS BLUE § SHIELD OF NEW JERSEY § | Hon. Lee H. Rosenthal |

## AMENDED SCHEDULING AND DOCKET CONTROL ORDER

The remaining deadlines in this case will be controlled by the following amended order:

1.  July 23, 2018

    **EXPERTS ON MATTERS OTHER THAN ATTORNEY'S FEES**
    The opposing party will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

2.  September 18, 2018

    **MEDIATION**
    Mediation or other form of dispute resolution must be completed by this deadline.

3.  October 15, 2018

    **COMPLETION OF DISCOVERY**
    Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline.

HOU:3880506.1

| | | |
|---|---|---|
| 4. | November 13, 2018 | **PRETRIAL DISPOSITIVE MOTIONS DEADLINE**<br>No motion may be filed after this date expect for good cause. |
| 5. | January 17, 2019 | **JOINT PRETRIAL ORDER AND MOTION IN LIMINE**<br>The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules. |
| 6. | January 24, 2019 | **DOCKET CALL**<br>Docket Call will be held at 2:00p.m. in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas. No documents filed within 7 days of the Docket Call will be considered. Pending motions may be ruled on at docket call, and the case will be set for trial as close to the docket call as practicable. |

7. Additional orders relating to disclosures, discovery, or pretrial motions:

Any party wishing to make any discovery motions should arrange for a pre-motion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a pre-motion conference. Notify your adversary of the date and time for the conference.

The parties agree to submit attorney's fees issues to the court by affidavit after liability and damages are resolved.

8. No further extensions will be granted.

SINGED on April 10, 2018, at Houston, Texas.

*[signature]*

Lee H. Rosenthal
United States District Judge